IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2006 MAR 29 A 9: 50

<u>LARYIE EARL JONES</u> )
Full name and prison number of )
plaintiff(s) )
   )
   )   CIVIL ACTION NO. <u>2:06CV280 -D</u>
         v.   )   (To be supplied by the Clerk of the
   )    U.S. District Court)
<u>GREG WHITE</u> )
   )
<u>ANTHONY CLARK</u> )
   )
<u>WALTER INABBINET</u> )
   )
<u>LARRY SELMON</u> )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the persons) )

I.   PREVIOUS LAWSUITS

  A.   Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   Yes (X)   No ( )

  B.   Have you begun other lawsuits in state or federal court relating to your imprisonment?   Yes (X)   No ( )

  C.   If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

   1.   Parties to this previous lawsuit:
        Plaintiff(s) <u>LARYIE EARL JONES</u>

        Defendant(s) <u>ANTHONY CLARK</u>

   2.   Court (if federal court, name the district; if state court, name the county)
        <u>Middle</u>

   3.   Docket No. <u>2:05-CV-701-F</u>

   4.   Name of Judge to whom case was assigned <u>DELORES R. Boyd</u>

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Pending

6. Approximate date of filing lawsuit July 29, 2005

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT 290 Hillcrest Drive Andalusia AL 36420

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Covington County Jail 290 Hillcrest Dr Andalusia AL 36420

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|------|---------|
| 1. | Greg White | 260 Hillcrest Dr Andalusia, AL 36420 |
| 2. | Anthony Clark | 260 Hillcrest Dr Andalusia, AL 36420 |
| 3. | Walter Inabbinet | Hillcrest Dr Andalusia AL 36420 |
| 4. | Larry Selmon | Hillcrest Dr Andalusia AL 36420 |
| 5. | Walt Merrill | 100 N. Court St Andalusia, AL 36420 |
| 6. | Ashley McKathan | 1K North Court St Andalusia AL 36420 |
| 7. | Charles Short | 1K North Court St Andalusia, AL 36420 |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED July 14, 2004 And Jan-3-2006

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

On or about July 14 04 GROUND ONE: Defendant Walt Merrill Slander And Caused The Plaintiff To be Arrested And Immprisonment Falsely Against His Will Without Bond 20 months And 8 days still counting.

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).

With intentionally Defendant Walt Merrill Slandered The Plaintiff by Publishing A False And Defamatory Statement of And Concerning Plaintiff To-wit: He Publish Plaintiff Unlawful Possession of A Controlled Substance (Cocaine) Four Counts - He Publish said Statement with Malice And With Knowledge of its Falsity, And with gross And Reckless disregard of its Falsity. Defendants Ashley McKathan, Charles Short, Anthony Clark, Walter Inabbinet, Larry Selmon, Intentionally Participated in Conspiracy because they fail to Report To Authority or Power Available or An Appropriate disciplinary Committee for Sanction Violation, -18 U.S.CA 3162(A)(A). Willfully Fails To Proceed to Trial without justificate Consistent with Section 3161. The Court may punish Any Counsel or Attorney. Plaintiff is being Unlawfully He Has been Away From His Family To Long They need Plaintiff support.

-2-

**GROUND TWO:** Defendant Walt Merrill with intentionally deprived Plaintiff Legal Rights guaranteed to Him by the Constitution and Law of United States. And what Legal Rights guaranteed by Federal Law were Denied to the Plaintiff. Plaintiff has been incarceration since July/2005.

**SUPPORTING FACTS:** Denied Bail, Denied Speedy trial and Denied 14 Amendment. Defendant Walt Merrill Conduct was done Under Color of State Law with Intentionally. Defendants Ashley McKathan, Charles, Intentionally participated in the consequence of a scheme to Enhance the chance of conviction, Charles Short still allows Walt Merrill to deprived Plaintiff Legal Rights guaranteed to Him by Federal Law. Plaintiff has wrote numbers of letters and grievances to Defendants, Greg White, About the conducts he never answer back.

**GROUND THREE:** On or about Jan-3-06 the Defendants - Greg White, Anthony Clark, violated Plaintiff Civil Rights

**SUPPORTING FACTS:** Larry Selmon, Walter Inabbinet, Ashley McKathan, and Walt Merrill, did intentionally sent Plaintiff to Kilby Correctional Facility, without been adjudged guilty of any crime. He stay until Feb 14, 06. Mounts to Kidnapping. Plaintiff is a victim of Kidnap and it a "valid reason" for probable cause to issue an arrest warrant, for the Defendants, for the charges of false imprisonment, Kidnapping.

**VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.**

Plaintiff demands this civil action to be made publishing newspapers and television to clear his name of slander. Plaintiff claims punitive damages in sum 1.5 million dollars. And for the suffering and pain by sending Plaintiff to Kilby Correctional Facility. Mounts to Kidnapping. Plaintiff demands another 1.5 million and immunity. And judgement against the Defendants.

Plaintiff prays that the court make this publishing. So his name will be clear of been slander. Again.

_Sayne Earl James_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 3-22-06.
(date)

_Sayne Earl James_
Signature of plaintiff(s)

-3-