IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LARYIE EARL JONES, #156610, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06-CV-280-ID |
| | ) [WO] |
| | ) |
| GREG WHITE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

This litigation is now before the court on the recommendation of the Magistrate Judge entered on April 3, 2006 (Doc. 3), that this case be dismissed without prejudice for Plaintiff's failure to pay the full filing fee upon the initiation of this case.

Upon CONSIDERATION of the Recommendation of the Magistrate Judge, to which no timely objections have been filed, and after an independent review of the entire record, it is ORDERED that said Recommendation be and the same is hereby ADOPTED, APPROVED and AFFIRMED and that this cause be and the same is hereby DISMISSED without prejudice for Plaintiff's failure to pay the full filing fee upon the initiation of the case.

An appropriate judgment will be entered contemporaneously herewith.

DONE this 20th day of April, 2006.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE